U.S. District Court for the Northern District of Illinois
Attorney Appearance Form

---

Case Title: Jason J. Barth           Case Number:   23-01153

An appearance is hereby filed by the undersigned as attorney for:

TD Bank, N.A., successor in interest to TD Auto Finance LLC

| | |
|---|---|
| Attorney name (type or print): | Kathryn A. Klein |
| Firm: | Riezman Berger, P.C. |
| Street address: | 7700 Bonhomme Avenue, 7th Floor |
| City/State/Zip: | St. Louis, Missouri 63105 |
| Bar ID Number:   06199235 (See item 3 in instructions) | Telephone Number:   (314) 727-0101 |
| Email Address: | kak@riezmanberger.com |

| | | | | |
|---|---|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | Yes | ☐ | No |
| Are you acting as local counsel in this case? | ☐ | Yes | ☒ | No |
| Are you a member of the court's trial bar? | ☒ | Yes | ☐ | No |
| If this case reaches trial, will you act as the trial attorney? | ☐ | Yes | ☒ | No |
| If this is a criminal case, check your status. | ☐ | Retained Counsel | | |
| | ☐ | Appointed Counsel | | |

if appointed counsel, are you
☐   Federal Defender
☐   CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: February 7, 2023

Attorney signature:   /s/Kathryn A. Klein