**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | ) In proceedings under Chapter 13 |
| | ) Honorable Carol A. Doyle |
| Jason J. Barth, | ) |
| | ) Case No. 23-01153 |
| | ) |
| Debtor. | ) |

**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM 3-2**

COMES NOW TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), by counsel, and responds as follows to Debtor's Objection to its claim:

1. TD Bank denies the averments of Debtor and requests strict proof.

2. TD Bank issued the 1099-C, Cancellation of Debt in error.

3. A corrected 1099-C form has been issued. *See* attached as Exhibit 1 and incorporated herein by reference.

WHEREFORE, TD Bank respectfully prays that this Court overrule the Debtor's Objection to this claim.

RIEZMAN BERGER, P.C.

**/s/ Kathryn A. Klein**
Kathryn A. Klein, #06199235
7700 Bonhomme, 7th Floor
St. Louis, MO   63105
(314) 727-0101
(314) 727-1086 (FAX)
kak@riezmanberger.com
Attorneys for TD Bank

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on April 19, 2023:

| | |
|---|---|
| David H Cutler<br>4131 Main St.<br>Skokie IL 60076 | Attorney for Debtor |
| Thomas H. Hooper<br>55 E. Monroe St., Suite 3850<br>Chicago IL 60603 | Chapter 13 Trustee |
| Office of the United States Trustee<br>219 S Dearborn St, Room 873<br>Chicago, IL 60604 | |

      I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on April 19, 2023:

| | |
|---|---|
| Jason J. Barth<br>636 Sycamore Lane<br>Wheeling IL 60090 | Debtor |

                                                          **/s/ Kathryn A. Klein**