# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Timothy A. Barnes

**Hearing Date** June 29, 2023

**Bankruptcy Case No.** 23 B 01153

**Adversary No.**

**Title of Case** Jason J. Barth

**Brief Statement of Motion** Debtor's Amended Objection To Claim 3-2 Of TD Bank, N.A., Successor In Interest To TD Auto Finance LLC

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Response due by July 13, 2023.

If no response is filed and no party contacts the court prior to the response deadline to indicate the matter has been resolved, the motion will be treated as uncontested and, based on any uncontested allegations in the motion, as supported by evidence where necessary, will be granted or denied in the absence of further hearing.

If a response is filed, the motion will be deemed contested. A reply, if any, will be due by July 27, 2023. A reply is not required, but should the movant fail to file a reply, they may not argue orally at the hearing with respect to matters raised in the response.

No further argument will be entertained unless ordered by the court.

**No party should assume that the motion will be continued for further evidence. All evidentiary support must be submitted with the foregoing briefs.**

**Hearing continued to August 10, 2023 at 11:00 a.m. Appear in Courtroom 744, 219 South Dearborn St, Chicago, IL 60604, or using Zoom.**