IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-01153 |
| | ) | |
| Jason J. Barth | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:   Timothy A. Barnes |

## NOTICE OF FILING

TO:   Thomas H. Hooper, Chapter 13 Trustee, via electronic court notice

TD Bank, N.A., c/o Kathryn Klein, Esq, via electronic court notice

PLEASE TAKE NOTICE that on July 26, 2023, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division the **DEBTOR'S REPLY TO TD BANK, N.A. SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC'S RESPONSE**.

By:   /s/ *David H. Cutler*

## CERTIFICATE OF SERVICE

David Cutler, an attorney, certifies that he served a copy of this notice and the attached Reply to be served on the parties addressed above by electronic court notice on July 26, 2023.

*/s/ David H. Cutler*

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600