UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) <br> ) Case No. 23bk01153 <br> ) <br> Jason J. Barth,  ) Chapter 13 <br> ) <br> Debtor.  ) Judge Timothy A. Barnes <br> ) |

ORDER SETTING SCHEDULING CONFERENCE

In accordance with Federal Rule of Bankruptcy Procedure 7026, the parties are to conduct a Rule 26(f) planning conference on or before **August 24, 2023** (the "Planning Conference"). At the Planning Conference, the parties are to confer regarding:

1. The existence of disputes concerning jurisdiction or venue;

2. The need to amend the pleadings, join additional parties, or file motions attaching the pleadings;

3. Subjects on which discovery may be needed, including discovery of expert witnesses, and when discovery should be completed;

4. The possibility of settlement, court-assisted settlement, or referral to mediation;

5. With respect to the possibility of referral to mediation counsel should be prepared to address what steps have been taken to explain mediation to the parties and whether the parties will consent to mediation;

6. The appropriateness and timing of summary disposition under Federal Rule of Bankruptcy Procedure 7056;

7. The anticipated length of the evidentiary hearing; and

8. Such other matters as may facilitate the just, speedy, and inexpensive resolution of this proceeding/matter.

Parties shall submit the joint written discovery plan (the "Discovery Plan") resulting from the Planning Conference with the Court on or before **August 31, 2023**. The Discovery Plan must be setup for Judge's signature upon approval. Changes to the Discovery Plan must be approved by the court. Should the parties be unable to agree on the Discovery Plan, each party must file its own plan before the deadline set forth in this paragraph and contact the deputy for a date to return to court and discuss the competing plans.

2

The matter is set for further status on **September 7, 2023 at 11:00 a.m.**

Dated: August 10, 2023            ENTERED: /s/ Timothy A. Barnes

_____
Timothy A. Barnes, Judge
United States Bankruptcy Court