**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | In proceedings under Chapter 13 |
| | ) | Honorable Timothy A. Barnes |
| Jason J. Barth, | ) | |
| | ) | Case No. 23-01153 |
| Debtor. | ) | |

### DISCOVERY PLAN FOR DEBTOR'S OBJECTION TO CLAIM OF TD BANK, N.A.

Counsel for Debtor Jason J. Barth and TD Bank, N.A. submit the following schedule for this matter.

| | |
|---|---|
| Service of Written Discovery | November 1, 2023 |
| Completion of Discovery | January 1, 2024 |
| Submission of Dispositive Motions | January 22, 2024 |

1. **Pleadings:** The parties have discussed and do not see any need to amend the pleadings, join additional parties, or file motions attacking the pleadings.

2. **Settlement**: The parties are discussing settlement and will continue those discussions.

3. **Mediation**: The parties have discussed mediation, and do not believe it would be helpful to obtain a settlement in the matter.

4. **Anticipated Length of Evidentiary Hearing**: Three (3) hours.

| | |
|---|---|
| RIEZMAN BERGER, P.C. | CUTLER & ASSOCIATES, LTD. |
| /s/ Kathryn A. Klein | /s/ Stuart L. Swanson |
| Kathryn A. Klein, #06199235 | Stuart L. Swanson |
| Nelson L. Mitten, #06185899 | David H. Cutler |
| 7700 Bonhomme, 7th Floor | 4131 Main St. |
| St. Louis, Missouri 63105 | Skokie, Illinois 60076 |
| (314) 727-0101 | (847) 673-8600 |
| (314) 727-1086 (FAX) | (847) 673-8636 FAX |
| Attorney for TD Bank, N.A. | Attorney for Debtor |

ENTER:

Date: September 7, 2023

_____
United States Bankruptcy Judge