Form G5 (20210922_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 23-01153
Jason J. Barth )
)
) Chapter: 13
)
) Honorable Timothy A. Barnes
)
Debtor(s) )

**AGREED ORDER PARTIALLY ALLOWING THE CLAIM OF TD BANK, N.A., SUCCESSOR IN INTEREST TO TD AUTO FINANCE LLC (CLAIM NO. 3-2)**

THIS MATTER coming to be heard on the Debtor's Objection to Proof of TD Bank, N.A., successor in interest to TD Auto Finance LLC (Claim No. 3-2),

IT IS HEREBY ORDERED that the claim of TD Bank, N.A. is allowed as an unsecured claim in the amount of $36,000.

Enter:

United States Bankruptcy Judge

Dated:

**Prepared by:** 10.03.2023

/s/ David H. Cutler
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600

/s/ Kathryn A. Klein
Kathryn A. Klein,  #06199235
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105

Form G5 (20210922_bko)

(314) 727-0101
Fax (314) 727-1086
kak@riezmanberger.com
Attorneys for TD Bank